IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TIMOTHY STONE,

Plaintiff,

v.

CREDIT MANAGEMENT CONTROL INC.,

Defendant.

Case No. 18-cv-1104 JPG/DGW

# JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 27, 2018**   JUSTINE FLANAGAN, Acting Clerk of Court

**s/Tina Gray**
**Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**